

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER TO HARRIS COUNTY DISTRICT CLERK
TO PREPARE, CERTIFY, AND FILE
SUPPLEMENTAL CLERK'S RECORD**

Appellate case name:     In re Salverson
Appellate case number:   01-12-00384-CV
Trial court case number: 2010-31668

Our complete review of the above-referenced appeal requires a supplemental clerk's record including the following document:

- March 11, 2012 order granting motion to non-suit case (Final Order).

This supplemental clerk's record is due to be filed in the First Court of Appeals no later than **July 20, 2012**.

Judge's signature: /s/ Jane Bland
                   ☑ Acting individually    ☐ Acting for the Court

Date: July 12, 2012